# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Kevin B. Dean,<br><br>            Debtor | Chapter 11<br><br>Case No. 20-20427 |

## ORDER MODIFYING STAY UNDER 11 U.S.C. § 362
## AND IMPOSING A STAY UNDER 11 U.S.C. § 105

The Court has abstained from and remanded Adversary Proceeding No. 21-2001, entitled Kevin B. Dean v. Emile Clavet, to the Maine Business and Consumer Court, the forum from which that proceeding was removed.  On the Court's own initiative, the automatic stay under 11 U.S.C. § 362 is hereby modified (to the extent that such modification is necessary) to permit the Special Master appointed by the Business Court in the removed (and now remanded) proceeding to continue exercising the rights and performing the duties assigned to him by the Business Court prior to the date of this order.  In all other respects, the remanded proceeding shall remain subject to the automatic stay to the extent provided in 11 U.S.C. § 362(a).  In addition, the Court hereby imposes a stay applicable to the Debtor's affirmative claims against Mr. Clavet in the remanded proceeding.  This stay is imposed under 11 U.S.C. § 105(a) to reinforce the Debtor's self-proclaimed commitment to his reorganizational efforts in this chapter 11 case, *see* [Adv. No. 21-2001, Dkt. No. 17], and to forestall any efforts by the Debtor to seek remedies in relation to his interests in the business entities that he owns with Mr. Clavet outside of the context of this chapter 11 case.

Date: March 24, 2021

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine